# EXHIBIT 2

| AMERICAN UNDERWRITING MANAGERS | | N14 W23833 Stoneridge Drive, Waukesha, WI 53188 | | |
|---|---|---|---|---|
| Insured<br>**THOMAS SILVER** | | | | |
| Claimant<br>**THOMAS SILVER** | | | Examiner<br>**Lisa Kozik** | |
| Policy Number<br>**MHY00000143007** | Claim Number<br>**11C3159** | Eff Date<br>**06-23-2011** | Exp Date<br>**06-23-2012** | Date of Loss<br>**10-30-2011** |
| For:<br>**Hull less depreciation and deductible-Reissued - ATTACHMENT** | | | | |
| Check Number<br>**10072099** | | Check Date<br>**05-24-2012** | | Amount<br>**$22,882.81** |



Claims Service Center
P.O. Box 906
Pewaukee, WI 53072-0906

(262) 548-9880
(800) 236-3113
www.markelcorp.com

**MARKEL**

| | 11-Jan-12 | Claim: 11C3159 |
|---|---|---|
| Thomas Silver<br>55 Paumanake Road<br>Blue Point, NY 11715 | | Policy: MHY-143007<br><br>DOL: 10/30/11 |

## Claim Evaluation Sheet
### The following is an explanation of your claim settlement:

| DESCRIPTION | Hull | | |
|---|---|---|---|
| Per TMS National Damage Appraisal (Attached) | $28,824.29 | | |
| Depreciation | ($4,142.08) | | |
| **Subtotal** | **$24,682.21** | | |
| **Less deductible** | ($1,800.00) | | |
| Total Net Payment: | $22,882.21 | | |

**IF ADDITIONAL DAMAGES ARE DISCOVERED WE MUST BE NOTIFIED IMMEDIATELY.**

$22,882.21

Markel Service Incorporated, claims service manager for Markel American Insurance Company, is providing settlement as detailed above. Should you have any questions, you can reach me at (800) 236-3113 ext. 3372, or kferch@markelcorp.com.

Sincerely,


Ken Ferch, AIC, SCLA
Sr.Examiner, Claims

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.