# EXHIBIT 3



# AFFILIATE MEMBERS LIST

Affiliate Members are individuals and businesses providing a product or service relative to the marine industry who are not actively engaged in the profession of marine surveying.

1. Applicants must be individuals or currently operating businesses either of which must provide a product or service to the marine industry. Practicing marine surveyors are not eligible for this category
2. Applicants must affirm that they will abide by the By-Laws, Code of Ethics, Standards, official decisions and amendments of such of the Society of Accredited Marine Surveyors®, Inc. (SAMS®)

Home

About Us

Find a Surveyor

Events

Members Corner

FAQ's

Affiliate Members

Contact

# AFFILIATE MEMBERS LIST

Affiliate Members are individuals and businesses providing a product or service relative to the marine industry who are not actively engaged in the profession of marine surveying.

1. Applicants must be individuals or currently operating businesses either of which must provide a product or service to the marine industry. Practicing marine surveyors are not eligible for this category.
2. Applicants must affirm that they will abide by the By-Laws, Code of Ethics, Standards, official decisions and amendments of such of the Society of Accredited Marine Surveyors®, Inc. (SAMS®)

# Broker

**Ronald A. Bethel** - *Affiliate Member*
Certified Sales Inc.
19 Uxbridge Road
Mendon, Massachusetts 01756
508-478-0200 -O, 401-732-6300 -O, 508-473-2021 -Fax
certifiedsales@cs.com

---

**Francois Greyling** - *Affiliate Member*
Fraser Yachts Florida, Inc.
1800 SE 10th Avenue, Suite 400
Fort Lauderdale, Florida 33316
954-463-0600 -O, 954-736-0382 -Cell
francois.greyling@fraseryachts.com

---

**Jessica Muffett** - *Affiliate Member*
YachtWorld.com, soldboats.com
1700 Westlake Avenue North #320
Seattle, Washington 98109
877-336-9527-Ext.304 -O, 206-227-4335 -Cell, 206-352-9406 -Fax
jessica@yachtworld.com

# Equipment Supplier

**Jean Raabe** - *Affiliate Member*
J. R. Overseas Company
P. O. Box 1228
6527 Marina Drive
Prospect, Kentucky 40059
502-228-8732 -O
sales@jroverseas.com

# Fire Investigation

**Arthur J. Murphy Jr. C.F.I., C.M.I.** - *Affiliate Member*
Maze Consultants & Investigations Inc.
37-39 West Main Street Suite 3
Georgetown, Massachusetts 01833-2000
978-352-7722 -O, 978-352-5432 -Fax
ajmurphy@maze-pi.com

# Forensic Analysis

**Debbie Aliya** - *Affiliate Member*

Aliya Analytical, Inc.
P.O. Box 2407
Grand Rapids, Michigan 49501-2407
616-475-0059 -O. 616-292-2707 -Cell
daaliya@itothen.com

**Robert K. Kochan** - *Affiliate Member*
Forensic Marine Investigations International
2503 58th Street, Suite D
Hampton, Virginia 23661
888-714-7566 -O, 919-740-5040 -Cell, 757-726-2334 -Fax
bobkochan@forensicmarine.com

**Michael S. Linscott C.F.I., C.M.I.** - *Affiliate Member*
SEA Ltd.
7349 Worthington Galena Road
Columbus, Ohio 43085
614-888-4160 -O, 614-625-7077 -R

## Honorary Member

**Helen C. Ackerson** - *Affiliate Member* - **Charter Member**
233 NE Sagamore Terrace
Port St. Lucie, Florida 34983
772-873-8486 -O

**Lynn Lowe** - *Affiliate Member*
2600 South Kanner Highway Apt. U2
Stuart, Florida 34994-4635
772-287-4935 -R

**Jeanne Robbins** - *Affiliate Member*
705 Barnwell Road
Fernandina Beach, Florida 32034-6716
904-261-8960 -R

**Mary Stahler** - *Affiliate Member*
The Society of Accredited Marine Surveyors®
1266 LeBlanc Road
Green Cove Springs, Florida 32043
904-284-4572 -O
mary.stahler@comcast.net

## Information Services

**Douglas A. Graham** - *Affiliate Member*
SeeMarine.com, Div. of Graham & Co. Advertising, Inc.
510 Broadhollow Road, Suite 301
Melville, New York 11747

516-606-0492 -Cell, 516-773-4973 -Fax

dgraham@grahamandcompany.com

## Insurance

**Robert Adriance** - *Affiliate Member*

BoatUS, Editor of Seaworthy, Technical Exchange

880 South Pickett Street

Alexandria, Virginia 22304

703-823-9550 -O

BAdriance@boatus.com

**Roger Beale** - *Affiliate Member* - **Charter Member**

Beale Marine & Casualty Inc.

P. O. Box 5910

Jacksonville, Florida 32247

904-399-0508 -O, 904-399-8806-Fax

john@bealemarine.com

**Brown & Brown Marine Insurance** - *Affiliate Member* - **Charter Member**

1201 West Cypress Creek Road, #130

Fort Lauderdale, Florida 33309-1918

954-776-2222 -O, 954-776-4446 -Fax

pmesser.@bbftlaud.com

**Stephen T. Cunningham** - *Affiliate Member*

Legacy Underwriters, Inc.

P. O. Box 1972

Saint Petersburg, Florida 33731

727-418-7124 -Cell, 727-388-4510 -Fax

scunningham@legacyunderwriters.com

**Charlene Ferrucci** - *Affiliate Member*

MetLife Auto & Home

700 Quaker Lane, Area 2F

Warwick, Rhode Island 02887

800-854-6011 -ext 6223 -O, 866-958-0263 -Fax

cferucci@metlife.com

**William V. Florio** - *Affiliate Member*
Roanoke Trade Services, Inc.
1475 East Woodfield Road Suite 500
Schaumburg, Illinois 60173
847-969-8272 -O
bill.florio@roanoketrade.com

**Chuck Fort** - *Affiliate Member*
BoatUS
880 South Pickett Street
Alexandria, Virginia 22304-4606
703-461-2878 -Ext. 3033-O
cfort@boatus.com

**Carla Gernhofer** - *Affiliate Member*
Hagerty Insurance
P. O. Box 87
Traverse City, Michigan 49685
800-762-2628 -O, 231-933-1581 -Fax
cgernhofer@hagerty.com

**Raymond Henault** - *Affiliate Member*
Marine MGA
1117 Elm Street
Manchester, New Hampshire 03101
603-623-4416 -O, 603-893-3876 -R

**Donald N. Houston** - *Affiliate Member*
Chubb Group of Insurance Companies
555 Long Wharf Drive
New Haven, Connecticut 06511
203-782-4172 -O, 203-453-0780 -R, 203-782-4126 -Fax
dhouston@chubb.com

**Sue Langhorst** - *Affiliate Member*
Paul Lynch & Associates Inc.
701 N. Federal Highway, Suite 401
Stuart, Florida 34994
772-232-9371 -O, 772-232-9375 -Fax
sue@insuremarine.com

**Craig McGinnes** - *Affiliate Member*
Catlin Marine
Bay Bridge Marina, 357 Pier One Road, Bldg. #3, Suite 103
Stevensville, Maryland 21666
443-249-3002-O, 443-744-0784-Cell, 443-249-3235-Fax
craig.mcginnes@catlin.com

**Alycia N. McGlone - CMIP** - *Affiliate Member*
Wallace Welch & Willingham Marine Insurance
300 First Avenue, S., 5th Floor
St. Petersburg, Florida 33701
727-522-7777 ext. 131 -O, 727-424-4276 -Cell, 727-522-5021 -Fax
amcglone@w3ins.com

**Christopher Schmaltz** - *Affiliate Member*
Hagerty Insurance
P.O. Box 87
Traverse City, Michigan 49685
800-762-BOAT (2628) -O, 231-933-1581-Fax
cschmaltz@hagerty.com

**Cary Robert Wiener** - *Affiliate Member*
Pantaenius America Ltd.
500 Mamaroneck Ave., Suite 318
Harrison, New York 10528
914-381-2066 -O & Fax
cwiener@pantaenius.com

# Marine Association

**John Adey** - *Affiliate Member*
President ABYC
613 Third Street
Annapolis, Maryland 21403
410-990-4460 -O, 410-990-4466 -O & Fax

**Guy R. Colonna** - *Affiliate Member*
National Fire Protection Association

1 Batterymarch Park
P. O. Box 9101
Quincy, Massachusetts 02169-7471
617-984-7435 -O
gcolonna@nfpa.org

# Marine Auctions

**Peter L. Cattlin** - *Affiliate Member*
Slattery Auctions & Valuations Australia
230 Old Maitland Road
Hexham, NSW 2322 Australia
+61 2 4028 0000 -O, +61 409 007678 -Cell, +61 2 9400 9506 -Fax
plcattlin@optusnet.com.au

**Timothy Warwick Deeble** - *Affiliate Member*
Slattery Auctions
230 Old Maitland Road
Hexham, NSW 2322, Australia
+612 4028 0000 -O, +612 4964 9646 -Fax, +61 411 231 536 -Cell
tdeeble@slatteryauctions.com.au

**Matthew John Richards** - *Affiliate Member*
Slattery Valuations
230 Old Maitland Road
Hexham, NSW 2322, Australia
+612 4028 0000 -O, +612 4964 9646 -Fax, +612 407 341 390 -Cell
mrichards@slatteryauctions.com.au

**Patrick Joseph Slattery** - *Affiliate Member*
Slattery Auctions & Valuations Australia
230 Old Maitland Road
Hexham, NSW 2322 Australia
+612 4028 0000-O, +614 1240 2264 -Cell, +612-4964-9618 -Fax
pjslattery@slatteryauctions.com.au

## Marine Charters

**Alan Katz** - *Affiliate Member*
Source One Yacht Services
2900 NE 47th Street
Lighthouse Point, Florida 33064
954-782-4107 -O, 954-782-6176 -R, 561-212-7934 -Cell
alan.katz@live.com

## Marine Construction

**John T. Devlin** - *Affiliate Member*
Weeks Marine, Inc.
4 Commerce Drive
Cranford, New Jersey 07016-3598
908-272-4010 -O, 908-463-7048 -Cell, 908-272-9161 -Fax
jtdevlinsr@weeksmarine.com

## Marine Electric

**Ward Eshleman** - *Affiliate Member*
Ward's Marine Electric Inc.
617 SW 3rd Avenue
Fort Lauderdale, Florida 33315-1005
954-523-2815 -O, 800-545-9273 -O, 954-523-1967 -Fax
ward.eshleman@wardsmarine.com

## Marine Electronic Systems

**James H. Bonnett** - *Affiliate Member*
Wavetop Technology, Inc.
3610 Canterbury Road
New Bern, North Carolina 28562

252-636-0715 -O, 252-626-5388 -Cell, 252-636-0715 -Fax

askwavetop@wavetop.com

# Mariner Training

**Chapman School of Seamanship** - *Affiliate Member*
4343 SE St. Lucie Blvd.
Stuart, Florida 33494
772-283-8130 -O

# Maritime Law

**Gregory Barnett** - *Affiliate Member*
Casey & Barnett, LLC
65 West 36th Street, 9th Floor
New York, New York 10018
212-286-0225 -O, 212-286-0261 -Fax
ggb@caseybarnett.com

**William Dysart** - *Affiliate Member*
Wright & L'Estrange, Lawyers
401 West A Street, Suite 2250
San Diego, California 92101
619-231-4844 -O, 619-231-6710 -Fax

**James Mercante Esq.** - *Affiliate Member*
Rubin Fiorella and Friedman LLC
292 Madison Avenue 11th Floor
New York, New York 10017
212-953-2381 -O, 212-953-2462 -Fax
jmercante@rubinfiorella.com

## Metallurgy

**Mark Douglas Bell P.E.** - *Affiliate Member*
Metallurgical Engineer
14114 Sargent Ave

Galt, CA 95632
209-367-1398 -Cell
bell.metallurgy@gmail.com

# Oil Analysis

**Floyd J. Friloux Jr.** - *Affiliate Member*
Lubriport Laboratories Inc.
1650 Airline Highway
Kenner, Louisiana 70062
504-464-1734 -O
ffriloux@lubriport.com

**Barney Gerdts** - *Affiliate Member*
JG Lubricant Services, LLC
P.O. Box 622
Plainfield, Indiana 46168
877-971-7799 -ext.1-O, 317-445-0754 -Cell

# Propeller Sales & Repairs

**Larry A. Kindberg** - *Affiliate Member*
Accutech Marine Propeller Inc.
24 Crosby Road, Unit #6
Dover, New Hampshire 03820
603-617-3626 -O, 603-292-5790 -R, 603-617-3627 -Fax
larry@accutechmarine.com

# Repairs

**Vincent Townrow** - *Affiliate Member*

Sea Marine
419 Jackson Street
Port Townsend, Washington 98368
360-385-4000 -O, 410-937-4998 -Cell, 360-385-2178 -Fax
vincet@seamarineco.com

# Survey Software

**Jeffrey R. Knight** - *Affiliate Member*
Knights Software Solutions
1103 7th Street
Hudson, Wisconsin 54016
715-381-1433 -O
jknight@knightssoftware.com

**Ted Stevens** - *Affiliate Member*
Stevens & Stevens Ltd.
1857 NE Jensen Beach Boulevard
Jensen Beach, Florida 34957
800-373-6030 -O
ted@stevensandstevens.com

# Thermography

**Robert W. Wood** - *Affiliate Member*
Seattle Infrared Thermography, LLC
1802 1st Avenue West
Seattle, Washington 98119
206-954-5192 -O & Cell
seattleinfrared@aol.com

# Towing

**Joseph Frohnoefer, III** - *Affiliate Member*

Sea Tow Services International, Inc.
P.O. Box 1178
Southold, New York 11971
631-765-3660 ext. 3134, 631-478-5124 -Cell, 631-765-5801 -Fax
joe3@seatow.com

Home | About | Membership | Events | FAQ's | News | Contact
Education | Useful Links | Affiliate Members | Roster

The Society of Accredited Marine Surveyors®, Inc.
7855 Argyle Forest Blvd, # 203
Jacksonville, FL 32244