# EXHIBIT 4

Case 2:12-cv-02932-ADS-GRB Document 8-4 Filed 07/13/12 Page 2 of 4 PageID #: 107



# US Surveyors Association Members in New York

**Capt. John Pomaranski, MMS**
Pomaranski Marine Surveys
59 Oak Ridge Road
Grand Island, New York 14072
Telephone: 716-984-0272
Fax: 716-775-5520
Email: pomaranskisurveys@yahoo.com

**Dennis Roberts, MMS**
781 Old White Plans Road
Mamaroneck, New York 10543
Telephone: 914-843-4164
Email: MaritimeSurvey@aol.com

**Mark J. Leuly, MMS**
631 Middle Rd.
Bayport, New York 11705
Telephone: 631-472-5715
Email: Mleuly@aol.com

**Glenn Grodski, MMS**
Atlan-Tech Marine Inc.
34 Robbins Avenue
Amityville, New York 11701
Telephone: 631-264-9315

**Rocco J Citeno, MMS**
Long Island Marine Surveyor Co. Inc.
PO Box 542
Sayville, NY 11782
Telephone: 631-589-6154
Fax: 631-563-3758
Email: neboaters@aol.com
Website: www.limarinesurveyor.com

**Capt. James R. Smith**
Captains Boating Services, LLC
1941 Fix Road
Grand Island, New York 14072
Telephone: 716-830-3429
E-mail: jrs1202@yahoo.com

**A. B. MARINE SURVEYS**
Capt. Bob Doane, MMSAI
9517 Pendergast Road
Phoenix, NY 13135
Telephone: 315-695-2140
Email: abmarinesurvey@yahoo.com

**Rivers Edge Surveying**
Robert (Skip) Hulland
65 Sailfish Court
Clayton, North Carolina 27520
Telephone: 919-609-0010 or 919-763-0786

**Seaside Marine Surveyors**
Gary Friend, MMS
P.O. Box 25
Port Jefferson Station, NY 11776
Telephone: 631-403-0437
Email: CaptainGary@SeasideMarineSurveyors.com
Website: SeasideMarineSurveyors.com

**Capt. Bob Songin, MMS**
96 Vista Drive
Rochester, NY 14615
Toll Free: 1-866-423-7880
Direct: 1-585-621-7878
Cell: 585-733-5829
Email: reelxite@rochester.rr.com
Website:

Brian T. Crowley, MMSAI
Crowley Marine Consultants
P.O. Box 53
Brewerton, NY 13029
Telephone: 315-708-7447
Email: CrowleyConsult@aol.com
Website: www.CrowleyMarine.org

Del-Mar Marine Surveying
Paul DeLano, MMS
21 Manchester Circle
Poughkeepsie, NY 12603
Telephone: 845-471-3781 or 914-456-1233
Email: delanosmarine@hotmail.com

Capt. Howell K. Fesq, II
North Coast Marine Consulting
17 Dumbarton Drive
Huntington, NY 11743
Telephone: 516-769-855
Email: afinatic@optonline.net

Dave Doherty MMSAI
23 Pearce Lane
Ballston Lake, NY 12019
Telephone: 518-366-4278
Email: dave@amsurveyor.com
Website: www.amsurveyor.com

Capt. Charles Avalos, Sr.
USCG Licensed Merchant Marine Officer
ABYC Certified Master Marine Technician
Marinetech Surveys, Inc.
Patchogue, Long Island, NY
Website: www.marinetechnology.info

Capt. Ralph L. Lynch, M.M.S.A.I
2636 Sugarloaf Lane
Ft Lauderdale, FL 33312
Home (954) 587-8779
Cell (954) 696-8001
Email: lionel67@hotmail.com
Website: www.doallmarineservices.com

LAW OFFICES OF
JASPAN SCHLESINGER LLP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARKEL AMERICAN INSURANCE COMPANY,

                              Petitioner,

**Civil Action No.: 12-CV-2932 (ADS)(GRB)**

    -against-

THOMAS SILVER,

                              Respondent.

## DECLARATION IN OPPOSITION TO PETITION TO APPOINT UMPIRE

**JASPAN SCHLESINGER LLP**
*Attorneys for Respondent*
*Thomas Silver*
300 Garden City Plaza
Garden City, New York 11530-3324
(516) 746-8000
Fax: (516) 393-8282

*To:*

*Attorney(s) for*

*Service of a copy of the within*                       *is hereby admitted.*

*Dated:*                                         ..............................................................
                                                        *Attorney(s) for*

## PLEASE TAKE NOTICE

  ____      *that the within is a (certified) true copy of a*
**Notice of**   *entered in the office of the clerk of the within named Court on*         *2012*
 **Entry**

  ____      *that an Order of which the within is a true copy will be presented for settlement to the Honorable*
**Notice of**                 *, one of the judges of the within named Court,*
**Settlement**  *at*
              *on*        *2012, at*     *m.*

*Dated:*