UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARKEL AMERICAN INSURANCE COMPANY,

                Petitioner,                Civil Action No. 12-CV-2932
-against-                                     (ADS) (GRB)

THOMAS SILVER,                             **<u>AFFIDAVIT OF SERVICE</u>**

                Respondent.
----------------------------------------------------------------X
STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NASSAU    )

       **REUEL COLES**, being duly sworn, deposes and says that:

       Deponent is not a party to this action, is over the age of 18 years and is employed by JASPAN SCHLESINGER LLP.

       On July 13, 2012, deponent served a true and complete copy of the **DECLARATION IN OPPOSITION TO PETITION TO APPOINT UMPIRE**, **RESPONDENT'S ANSWER TO PETITION TO APPOINT UMPIRE AND MEMORANDUM OF LAW OF RESPONDENT IN OPPOSITION TO PETITION TO APPOINT AN UMPIRE** upon the attorneys listed below, via first class mail, at the addresses listed below, said addresses being designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:    James E. Mercante, Esq.
          Gerald A. Greenberger, Esq.
          RUBIN FIORELLA & FRIEDMAN, LLP
          630 3rd Avenue, 3rd Floor
          New York, New York 10017
          (212) 953-2381
          *Attorneys for Petitioner*
          *Markel American Insurance Company*

                                            **/s/Reuel Coles**
                                            **REUEL COLES**

**Sworn to before me this**
**13th day of July, 2012.**

                                            **Kareem M. Abbott**
**/s/ Kareem M. Abbott**                 **Notary Public, State of New York**
**Notary Public**                              **No. 01AB6231418**
                                            **Qualified in Nassau County**
                                            **Commission Expires November 29, 2014**